Brian K Reinbold
3909 Delaware Street
Wilmington, DE 19808

Judge Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

04-342-GMS
05 cv 47 - GMS

I am writing to ask for a continuance of a scheduling conferance that I was notifed by phone in the afternoon on Friday May 20, 2005 by defendants attorney to be herd in front of you on May 25, 2005 for two cases one at 10:00 and one at 10:30, due to the short notices and all my papers being packed away for a move. I thank you for your time and understanding in this matter.

Brian K Reinbold

05/23/05

Phone: 753-4827
Email: BKR0822@aol.com

FILED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE