IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIAN K. REINBOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-342 (GMS) |
| | ) | |
| NALC LOCAL 1977, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BRIAN K. REINBOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-47 (GMS) |
| | ) | |
| UNITED STATES POSTAL SERVICE also known as UPSP, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAY 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, a status/scheduling conference in the above-captioned cases was scheduled for Wednesday, May 25, 2005, at 10:00 a.m. and 10:30 a.m., respectively;

WHEREAS, on May 23, 2005, the pro se plaintiff filed a motion for a continuance of the conference in both cases;

WHEREAS, on May 24, 2005, chambers contacted defense counsel in both cases, who indicated that they would not oppose such a request;

IT IS ORDERED that:

1. The pro se plaintiff's motion for a continuance in these cases is GRANTED;

2. The status/scheduling conference is rescheduled to **Thursday, June 23, 2005, at 2:00 p.m.** in Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, Delaware;

3. No further continuance of the conference will be granted except by order of the court upon application of the parties supported by a declaration stating the reasons for the request.

Dated: May 25, 2005

_____
UNITED STATES DISTRICT JUDGE