IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN K. REINBOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-342 (GMS) |
| ) | Civil Action No. 05-47  (GMS) |
| NALC LOCAL 1977, et al. ) | |
| ) | |
| Defendants. ) | |

### SCHEDULING ORDER

At Wilmington this 28th day of June, 2005, pursuant to Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1. The above-captioned cases shall be consolidated for discovery purposes only;

2. **Discovery**. All discovery shall be initiated so that it will be completed on or before October 31, 2005.

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk by electronic means or hand delivery.

4. The parties shall not send or deliver any correspondence to Chambers. All correspondence and pleadings **must** be filed directly with the Clerk of the Court by electronic means or hand delivery. It shall be the responsibility of the parties to inform the court of any change of address.

5.  **Summary Judgment Motions**. All summary judgment motions, with accompanying briefs and affidavits, if any, shall be served and filed on or before November 30, 2005. Answering brief shall be filed on or before December 30, 2005. Reply briefs are due on or before January 16, 2006.

6.  **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to chambers at (302) 573-6470.

7.  Any request for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

June ___24___, 2005

_____
UNITED STATES DISTRICT JUDGE



FILED
JUN 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE