## UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| **BRIAN K. REINBOLD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C.A. No. 04-342 (GMS) |
| | ) | |
| **NALC LOCAL 1977** | ) | |
| | ) | |
| **Defendant.** | ) | |
| **BRIAN K. REINBOLD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | C.A. No. 05-47 (GMS) |
| v. | ) | |
| **UNITED STATES POSTAL SERVICE** | ) | |
| **and NALC LOCAL 191** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SERVICE

I, Susan E. Kaufman, certify that the Initial Disclosures of NALC LOCAL 1977 and NALC LOCAL 191 were sent on June 27, 2005 in the manner indicated to the following:

**VIA REGULAR PRE-PAID MAIL**

Brian K. Reinbold
3909 Delaware Street
Apartment #B
Wilmington, DE 19808-5709

Patricia C. Hannigan, Esquire
Office of the United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

                                              HEIMAN, GOUGE & KAUFMAN, LLP

                                              */s/ Susan E. Kaufman*
                                              Susan E. Kaufman (DSB # 3381)
                                              800 King Street
                                              Suite 303
                                              P.O. Box 1674
                                              Wilmington, DE 19801
                                              (302) 658-1800
                                              (302) 658-1473 (fax)
                                              skaufman@hgkde.com

Date:  July 7, 2005