## UNITED STATES DISTRICT COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| **BRIAN K. REINBOLD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-342 (GMS) |
| | ) | |
| **NALC LOCAL 1977** | ) | |
| | ) | |
| Defendant. | ) | |
| **BRIAN K. REINBOLD,** | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-47 (GMS) |
| v. | ) | |
| **UNITED STATES POSTAL SERVICE** | ) | |
| **and NALC LOCAL 191** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Susan E. Kaufman, certify that Interrogatories and Request for Production directed to Plaintiff Brian K. Reinbold were sent on June 29, 2005 in the manner indicated to the following:

### VIA REGULAR PRE-PAID MAIL

Brian K. Reinbold
3909 Delaware Street
Apartment #B
Wilmington, DE 19808-5709

                                              HEIMAN, GOUGE & KAUFMAN, LLP

                                              */s/ Susan E. Kaufman*
                                              Susan E. Kaufman (DSB # 3381)
                                              800 King Street, Suite 303
                                              P.O. Box 1674
                                              Wilmington, DE 19801
                                              (302) 658-1800
                                              (302) 658-1473 (fax)
                                              skaufman@hgkde.com

Date:  July 7, 2005