UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
BRIAN K. REINBOLD, :
:
                     Plaintiff, :    Case No. 04-342 (GMS)
:
   - vs. - :
:
NATIONAL ASSOCIATION OF LETTER :
CARRIERS BRANCH 1977, :
:
                    Defendants. :
:
------------------------------------------------------------ x

------------------------------------------------------------ x
:
BRIAN K. REINBOLD, :
:
                     Plaintiff, :    Case No. 05-047 (GMS)
:
   - vs. - :
:
UNITED STATES POSTAL SERVICE and :
NATIONAL ASSOCIATION OF LETTER :
CARRIERS BRANCH 191, :
:
                    Defendant. :
:
------------------------------------------------------------ x

## **ORDER**

      Upon due consideration of the record and of the motion of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 ("Union Defendants") to dismiss, it is hereby ORDERED, ADJUDGED AND DECREED, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1, that all claims against Defendants National Association of Letter Carriers Branch 191 and Branch 1977 in the two above-captioned actions are hereby dismissed with prejudice due to Plaintiff's failure to prosecute.

00082028.DOC.1

SO ORDERED

Dated: November _____, 2005
       Wilmington, DE

_____
Gregory M. Sleet, United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
BRIAN K. REINBOLD,                                          :
:
              Plaintiff,                        :    Case No. 04-342 (GMS)
:
  - vs. -                                                  :
:
NATIONAL ASSOCIATION OF LETTER                              :
CARRIERS BRANCH 1977,                                       :
:
              Defendant.                        :
:
------------------------------------------------------------X

------------------------------------------------------------X
:
BRIAN K. REINBOLD,                                          :
:
              Plaintiff,                        :    Case No.05-047 (GMS)
:
  - vs. -                                                  :
:
UNITED STATES POSTAL SERVICE and                            :
NATIONAL ASSOCIATION OF LETTER                              :
CARRIERS BRANCH 191,                                        :
:
              Defendants.                       :
:
------------------------------------------------------------X

# **ORDER**

Upon due consideration of the record and of the motion of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 ("Union Defendants") to compel discovery, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff Brian K. Reinbold shall respond to the Union Defendants' June 29, 2005 interrogatories and document requests within 7 days of the issuance of this Order; and

Plaintiff shall pay the Union Defendants' costs in making this motion, including reasonable attorneys' fees;

FURTHERMORE, Plaintiff shall be on notice that failure to comply with this order shall result in dismissal of this action with prejudice.

SO ORDERED

Dated: November \_\_\_\_\_, 2005
       Wilmington, DE

_____
Gregory M. Sleet, United States District Judge