

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
    PLAINTIFF

-vs.-                                                          CASE No. 04-342 GMS

NATIONAL ASSOCIATION OF
LETTER CARRIERS LOCAL 1977
          DEFENDANTS

## ANSWER TO DEFENDANTS MOTION
## TO DISMISS

A response to the defendants *Interrogatories* dated June 29, 2005 and there *Documents Requested* dated June 29, 2005 were sent via certified mail #7004 1160 0006 3104 1826 on July 26, 2005 and was received on July 29, 2005 by Defendant. Please see enclosed copies.

Dated November 16, 2005

                                                                                     Brian K Reinbold
                                                                               3909 Delaware Street
                                                                              Wilmington, DE 19808
                                                                                         Plaintiff

FILED
2005 NOV 17 PM 12: 38
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

BRIAN K REINBOLD
    PLAINTIFF

-vs.-                                                                                     CASE No. 004-342 GMS

NATIONAL ASSOCIATION OF
LETTER CARRIERS LOCAL 1977
    DEFENDANTS

## CERTIFICATE OF SERVICE

I herby certify that a copy of each of the attached Answer was sent to the defendants by certified mail # 7004 1160 0006 3104 1734 on November 17, 2005.

Dated November 16, 2005

                                                                Brian K Reinbold
                                                                 3909 Delaware Street
                                                                Wilmington, DE 19808
                                                                         Plaintiff

