UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
                                                                                                  :

BRIAN K. REINBOLD,                                    :

                                Plaintiff,              :        Case No. 04-342 (GMS)

- vs. -                                              :

NATIONAL ASSOCIATION OF LETTER    :
CARRIERS BRANCH 1977,

                               Defendant.
------------------------------------------------------------X

------------------------------------------------------------X

BRIAN K. REINBOLD,

                                Plaintiff,            :        Case No. 05-047 (GMS)

- vs. -

UNITED STATES POSTAL SERVICE and
NATIONAL ASSOCIATION OF LETTER
CARRIERS BRANCH 191,

                               Defendants.
------------------------------------------------------------X

ORDER

      AND NOW this \_\_\_\_ day of December, 2005, having considered the Joint Motion of Defendants National Association of Letter Carriers Branch 1977 And Branch 191 and United States Postal Service To Extend Discovery And To Extend The Summary Judgment Deadline, it is hereby;

      ORDERED that the Motion is granted.

      IT IS FURTHER ORDERED that the Discovery Cut-off is extended to 60 days from the entry of a decision on the Union Defendants' pending Motion to Dismiss.

      IT IS FURTHER ORDERED that Summary Judgment Motions shall be due 30 days beyond the newly ordered close of discovery date.

 

_____
Gregory M. Sleet,
United States District Judge