# U.S. Department of Justice



*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*           (302) 573-6277 x 156
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*                  TTY (302) 573- 6274
*Wilmington, Delaware 19899-2046*  Toll Free (888) 293-8162
                                 *Patricia.Hannigan@usdoj.gov*

November 30, 2005

Honorable Gregory M. Sleet
U.S. District Judge
J. Caleb Boggs Federal Bldg.
844 King Street, Room 4324
Wilmington, DE 19801

Re: **BRIAN K. REINBOLD v. NATIONAL ASSOCIATION OF LETTER CARRIERS BRANCH 1977, et al.**
    **Civil Action Nos. 04-342-GMS & 05-47-GMS**

Dear Judge Sleet:

The United States Postal Service ("USPS") has today filed a Motion for Summary Judgment and Opening Brief in support thereof in the matter of Reinbold v. United States Postal Service et al, 05-47-GMS. Attached to Exhibit 1, itself an attachment to the Opening Brief, is an unsigned Certification of Custodian of Records. I regret that we were not able to obtain a signed original in time to submit it to the Court, and we expect promptly to rectify that omission.

With the court's approval, we will plan to submit an electronic version of a signed original Certification as soon as possible.

The undersigned is, of course, available if Your Honor has questions or comments. We appreciate the Court's indulgence.

    Respectfully,

    COLM F. CONNOLLY,
    United States Attorney

    By:/s/Patricia C. Hannigan
        Patricia C. Hannigan
        Assistant United States Attorney

PCH:md

cc:    Brian K. Reinbold, *Pro Se*
       Clerk/USDC
       Susan E. Kaufman, Esquire
       Kara Lynn Svendsen, Esquire
       Oriana Vigliotti, Esquire