UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
                                                                  :
BRIAN K. REINBOLD,                                                :
                                                                  :
                              Plaintiff,                          :   Case No. 04-342 (GMS)
                                                                  :
        - vs. -                                                   :
                                                                  :
NATIONAL ASSOCIATION OF LETTER                                    :
CARRIERS BRANCH 1977,                                             :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------x

------------------------------------------------------------------x
                                                                  :
BRIAN K. REINBOLD,                                                :
                                                                  :
                              Plaintiff,                          :   Case No. 05-047 (GMS)
                                                                  :
        - vs. -                                                   :
                                                                  :
UNITED STATES POSTAL SERVICE and                                  :
NATIONAL ASSOCIATION OF LETTER                                    :
CARRIERS BRANCH 191,                                              :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------x

## ORDER

**AND NOW,** this _____ day of _____ 2006, after considering the Motion for Summary Judgment of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 (the "Union Defendants"), it is hereby

**ORDERED** that the Motion is Granted.

                                        BY THE COURT:

                                        _____
                                        HONORABLE GREGORY M. SLEET
                                        District Judge
                                        United State District Court

00089241.DOC.1