*Brian K. Reinbold Sr.*
3909 Delaware Street
Marshalton, DE 19808-5709
Phone (302) 683-9242
Cell (302) 753-4827
BKR0822@aol.com

April 16, 2006



*Judge Gregory M. Sleet*
*United States District Court*
*844 N. King Street*
*Wilmington, DE 19801-3570*

Re: *Brian K Reinbold vs. NALC 1977*
*US District Court Case # 04-342 (GMS)*

*Dear Judge Sleet:*

*Please accept this request for the court to appoint an attorney for me for the above case, I have tried to work with the defendants in this case with no avail They will not answer my letters or requests and I have tried to seek volunteer help with no one wanting to help. I believe this is the only way to insure a fair and impartial outcome as I'm not familiar with all the aspects of this courts.*

*Sincerely,*

*Brian K Reinbold*

*Hand delivered to court*

*Cc:*

*Sent via certified mail # 7004 1160 0006 3104 1161 w/ return receipt To Oriana Vigliotti c/o Cohen, Weiss & Simon LLP*

*Sent via certified mail #7004 1160 0006 3104 1260 w/return receipt Patricia Hannigan US Attorney General*
    *file*