United States District Court
for the District of DE

Brian K Reinbold
Plaintiff

vs

NALC 191 + USPS
Defendants

Civil Action #
05-047 GMS
04-342 GMS

FILED
2006 APR 26 PM 12: 03
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion To Seal

I ask the court to seal all documents filed due to Social Security Numbers and personel information contained on documents

April 24, 2006

Brian K Reinbold
3909 Delaware St
Wilm DE 19808