UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- X
                                                             :

BRIAN K. REINBOLD,                                   :

                       Plaintiff,             :          Case No. 04-342 (GMS)

     - vs. -                               :

NATIONAL ASSOCIATION OF LETTER
CARRIERS BRANCH 1977,               :

                  Defendants.          :
----------------------------------------------------------------- X

----------------------------------------------------------------- X

BRIAN K. REINBOLD,

                   Plaintiff,           :          Case No. 05-047 (GMS)

     - vs. -

UNITED STATES POSTAL SERVICE and
NATIONAL ASSOCIATION OF LETTER
CARRIERS BRANCH 191,

                  Defendant.
----------------------------------------------------------------- X

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

       I hereby certify that on April 21, 2006, I electronically filed the Motion for Summary Judgment of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 and the Memorandum of Law in Support of Motion for Summary Judgment of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 with the Clerk of the Court using CM/ECF which sent notification of such filing to Patricia Hannigan, Assistant

United States Attorney, 700 Orange Street, Suite 700, Wilmington, Delaware 19899, Counsel for Defendant United States Postal Service.

I hereby certify that on May 5, 2006, I mailed by first-class mail <u>and</u> by Certified Mail, Return Receipt Requested, an additional copy of the Motion for Summary Judgment of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 and Memorandum of Law in Support of Motion for Summary Judgment of Defendants National Association of Letter Carriers Branch 191 and Branch 1977 to the following non-participant in Electronic Case Filing: Plaintiff Brian K. Reinbold, 3909 Delaware Street, Marshalton, Delaware 19808. The Motion and Memorandum of Law were originally served upon Plaintiff by U.S. Mail, Postage Prepaid on April 21, 2006.

/s/ Susan E. Kaufman
Susan E. Kaufman (DSB #3381)
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)