May 16, 2006

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAY 16  AM 9: 37

Brian K Reinbold
3704 Delaware St
Wilm, DE 19808

Judge Gregory Sleet
US District Court
844 N King St
Wilm, DE 19801

RE: Civil Action # 04-432 GMS

Dear Judge Sleet,

I am in receipt of your recent order regarding one of the above cases. Since the court refuses to accept my current filing as well as past filings and since the court has decided not to rule on make a decision on my motions and requests and giving the defendant the advantage. against me. The Court giving them more time to respond as well as not accepting my filing of proof and myself not understanding the rules and procedure of your court, I herby ask that my current motion's be withdrawn. So with the court would have put everything on a level playing field so proper justice could have been served.

Brian K Reinbold

US District Court
District of Delaware

Brian K Reinboldt
            Plaintiff
    VS

                              Re: Civil Action # 04-432

NALC 1977 + NALC191

## Notice of Service

I hereby state that a
copy of the two letters
to the Court were sent
regular mail to each
defendent or defendents
on May 16, 2006.